NVB 7005 (Rev. 1/11)

E-filed on: _____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TENESA NEVSTA BURWELL<br><br>Debtor(s), | Case No.: BK-23-12054-MKN<br><br>Chapter 13 |
| TENESA NEVSTA BURWELL<br>Plaintiff,<br><br>vs.<br><br>SIGNATURE REAL ESTATE GROUP<br>SOUTHERN NEVADA EVICTION<br>Defendant.<br>SERVICES | Adversary No.: 23-01129-MKN<br><br>Hearing Date: 1/25/2024<br>Time: 10:00 A.M. |

## CERTIFICATE OF SERVICE

Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding."

1. On 10/26/23 (date) I served the following document(s) (specify):

SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

2. I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☐ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐ **b. United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☒ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

JASMINE DELCHAMBRE - CEO
501 6TH ST
LAS VEGAS NV 89101

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

☐ d. **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

---

☐ e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

---

☐ f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

---

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: 10/26/23

**E.P. Brown P #15514**
(NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

3