NVB 7005 (Rev. 1/11)

E-filed on: _____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>TERESA RENITA BURWELL<br><br>Debtor(s), | Case No.: 23-12054-MKN<br><br>Chapter 13<br><br>Adversary No.: 23-01129-MKN |
| Plaintiff,<br><br>vs.<br>SIGNATURE REAL ESTATE GROUP,<br>AND SOUTHERN NEVADA EVICTION<br>SERVICES. ET. AL<br>Defendant. | Hearing Date: _____<br>Time: _____ |

## Amended CERTIFICATE OF SERVICE

Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding."

1. On  OCTOBER 30  *(date)* I served the following document(s) *(specify):*

   I SOUGHT THE ASSISTANCE OF THE EX-OFFICIO CONSTABLE BY PROVIDING THEM WITHT THE REQUIRED FEE AND NUMBER OF COPIES TO COMPLETE THE SERVICE OF MY ADVERSARY COMPLAINT.
   PLEASE FIND ATTACHED THE CERTIFICATE OF SERVICE BOTH DEFENDANTS.

1

2. I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☐ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐ **b. United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

☐ **d. By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
   *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: NOVEMBER 22, 2

TERESA RENITAB BURWELL                           → *[signature]*
(NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

3