# EXHIBIT "B"

# REGISTER OF ACTIONS
### CASE NO. 23E011552

| | | |
|---|---|---|
| Signature Real Estate Group, Landlord(s) vs. Teresa R Burwell, AKA Teresa Renita Burwell, Trevon Latchinson, Tenant(s) | § § § § § | Case Type: **Summary Eviction**<br>Date Filed: **03/28/2023**<br>Location: **JC Evictions** |

---

## PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Landlord** | Signature Real Estate Group | Pro Se |
| **Tenant** | Burwell, Teresa R  *AKA*  Burwell, Teresa Renita | Pro Se |
| **Tenant** | Latchinson, Trevon | |

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/28/2023 | **Summary Eviction Tenant Answer**<br>   CVS Summary Eviction Tenant Answer |
| 03/28/2023 | **Application to Proceed in Forma Pauperis - Fee Waiver Req**<br>   AFFW Application to Proceed in Forma Pauperis |
| 03/28/2023 | **Order to Proceed In Forma Pauperis Granted** |
| 04/19/2023 | **Summary Eviction Landlord Complaint**<br>   Affidavit of Complaint for Summary Eviction |
| 04/26/2023 | **Order Setting Hearing**<br>   Order Setting Hearing |
| 05/22/2023 | **Eviction Tenant Answer - Non Payment**  (2:00 PM) (Judicial Officer Brown, David)<br>   7 Day Notice to Pay Rent or Quit<br>Result: Matter Heard |
| 05/22/2023 | **Constable Notified Motion to Stay**<br>   Emailed constable regarding stay 05/22/2023 at 4:53 pm - KR |
| 05/22/2023 | **Motion to Stay Summary Eviction**<br>   Motion to Stay |
| 05/22/2023 | **Order for Summary Eviction (Hearing Master)** |
| 05/23/2023 | **Eviction Order Sent to Constable** |
| 05/23/2023 | **Documents in Support**<br>   TENANTS DOCUMENTS IN SUPPORT OF NOTICE OF APPEAL FILED PREVIOUSLY |
| 05/23/2023 | **Documents in Support**<br>   TENANTS DOCUMENTS IN SUPPORT OF NOTICE OF APPEAL FILED PREVIOUSLY |
| 05/24/2023 | **Order Denying Motion to Stay**<br>   Order Regarding Motion to Stay |
| 05/30/2023 | **Disposition Sent to Constable** |
| 07/06/2023 | **Motion**<br>   Plaintiff's Motion to Re-Issue Order for Summary Eviction |
| 07/12/2023 | **Order**<br>   Order Regarding Motion for Reissuance of Eviction Order |
| 07/12/2023 | **Order for Summary Eviction (Hearing Master)** |
| 07/12/2023 | **Eviction Order Sent to Constable** |
| 07/17/2023 | **Notice of Bankruptcy**<br>   TENANT TERESA R BURWELL'S NOTICE OF CHAPTER 13 BANKRUPTCY FILING EFFECTIVE MAY 22, 2023 |
| 07/17/2023 | **Documents in Support**<br>   TENANT, TERESA R BURWELL'S PROOF OF CHAPTER 13 BK FILING |
| 07/17/2023 | **Documents in Support**<br>   TENANT, TERESA R BURWELL'S DOCUMENT IN SUPPORT OF NOTICE OF CHAPTER 13 BANKRUPTCY FILING |

---

## FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Landlord** Signature Real Estate Group | | |
| Total Financial Assessment | | 71.00 |
| Total Payments and Credits | | 71.00 |
| **Balance Due as of 11/14/2023** | | **0.00** |
| 04/26/2023   Transaction Assessment | | 71.00 |
| 04/26/2023   File and Serve Payments   Receipt # CIV-2023-45341 | Signature Real Estate Group | (71.00) |

| | |
|---|---|
| **Tenant** Burwell, Teresa R | |
| Total Financial Assessment | 71.00 |

| | Total Payments and Credits | 71.00 |
| | **Balance Due as of 11/14/2023** | **0.00** |
| 03/28/2023 | Transaction Assessment | 71.00 |
| 03/28/2023 | Fee Waiver | (71.00) |