# EXHIBIT "C"

Case 23-01129-mkn    Doc 22-3    Entered 11/30/23 15:59:22    Page 2 of 2

Las Vegas Justice Court
Electronically Filed
5/24/2023 8:01 AM
Cynthia Cruz
CLERK OF THE COURT

## JUSTICE COURT, LAS VEGAS TOWNSHIP

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Signature Real Estate Group,<br>Landlord(s)<br><br>vs.<br><br>Teresa R Burwell; Trevon Latchinson,<br>Tenant(s) | CASE NO.:  23E011552<br>DEPT. NO.:  JC CIVIL EVICTIONS<br><br>ORDER REGARDING<br>MOTION TO STAY |

This matter came before the Court on the Tenant's Motion to Stay Order For Summary Eviction. The Court has reviewed the pleadings and documentation on file herein and finds as follows:

**IT IS HEREBY ORDERED:**

☐ The Motion is GRANTED. The eviction order entered herein is stayed until the _____ day of _____, 20_____, at the hour of _____ _____.m.

☐ The Motion is GRANTED. The eviction is stayed pending hearing on Tenant's Motion to Set Aside Summary Eviction.

☐ The Motion is GRANTED. The eviction is stayed pursuant to AB 486 based upon Tenant's pending rental assistance application. Tenant submitted a completed application on _____. Clark County Social Services is currently reviewing applications that were completed on _____. The Landlord may pursue this action through a Motion to Place to on calendar filed after _____. Motions filed before this date may be summarily denied. If Landlord receives rental assistance payment on behalf of Tenant, Landlord must file a motion to rescind the summary eviction order and dismiss the case.

☐ The Motion shall be heard on the _____ day of _____ 20_____ at _____ _____.m. in Courtroom _____, Regional Justice Center, 200 Lewis Avenue, Las Vegas, NV 89155. The eviction is stayed pending hearing.

☐ The Motion is DENIED. The Tenant is not eligible for an affirmative defense or stay of case pursuant to AB 486. The Court finds the Tenant does not have a "pending application for rental assistance" as defined in Section 2 of AB 486 as the application was not submitted in good faith, is not being actively pursued, or the Court has verified there is no pending application.

☐ The Motion is DENIED. The Court finds no good cause to stay execution of the summary eviction order.

☐ The Motion is DENIED. This Motion is not the proper method of challenging the basis for the eviction order.

☐ The Motion is DENIED. The maximum statutory stay period of ten (10) days has already expired since the date of the eviction order.

☐ The Motion is DENIED. The motion is moot as the summary eviction order has been set aside.

☐ The Motion is DENIED. The Tenant has already filed a Motion to Stay asserting the same grounds that has been ruled upon. Successive filings are not authorized pursuant to LVJCLRP 6.4(e).

DATED this 23rd day of May, 2023.

☒ Denied - Summary eviction issued May 22, 2023 at 2:22 PM. Tenant filed bankruptcy on May 22, 2023 at 3:46 PM.

_____
Amy Ferreira
HEARING MASTER