# EXHIBIT "E"

NVB 5009−1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
TERESA RENITA BURWELL

BK−23−10056−mkn  
CHAPTER 7

Debtor(s)

ORDER DISCHARGING TRUSTEE AND CLOSING OF CASE (DISCHARGE DENIED)

An Order Denying Discharge for the following debtor(s):

  TERESA RENITA BURWELL

was entered in this case. Therefore, IT IS ORDERED that:

  TROY S. FOX, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 4/17/23

*Mary A Schott*

Mary A. Schott  
Clerk of Court