# EXHIBIT "F"

**DebtEd, BAPCPA, CRTCOMP, FeeDueINST, PRIORFILING, DISMISSED**

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
## Bankruptcy Petition #: 23-12054-mkn

*Assigned to:* MIKE K. NAKAGAWA
Chapter 13
Voluntary
Asset

*Date filed:* 05/22/2023
*Debtor dismissed:* 09/06/2023
*341 meeting:* 08/08/2023
*Deadline for filing claims:* 07/31/2023
*Deadline for filing claims (govt.):* 11/20/2023

*Debtor*
**TERESARENIT ABUR WELL**
9344 VISTA WATERS LANE
LAS VEGAS, NV89178
CLARK-NV
SSN / ITIN: xxx-xx-2408

represented by **TERESARENIT ABUR WELL**
PRO SE

*Defendant*
**Signature Real Estate Group**
Olson Cannon Gormley & Stoberski
9950 W. Cheyenne Ave.
Las Vegas
(702) 384-4012

represented by **MICHAEL E. STOBERSKI**
OLSON CANNON GORMLEY ANGULO & STOBERSKI
9950 WESTCHEYENNE
LAS VEGAS, NV89129
(702) 384-4012
Fax : (702)
Email: mstoberski@ocgas.com

*Trustee*
**RICK A. YARNALL**
701 BRIDGER AVE., #820
LAS VEGAS, NV89101
(702) 853-4500

represented by **DANIEL G RIGGS**
RICK A YARNALL
701 BRIDGER AVE., #820
LAS VEGAS, NV89101
702-853-8500
Fax : 702-853-4513
Email: dan@lasvegas13.com

**RICK A. YARNALL**
701 BRIDGER AVE., #820
LAS VEGAS, NV89101

(702) 853-4500

Email: ecfmail@LasVegas13.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/22/2023 | 1 (10 pgs) | Chapter 13 Voluntary Petition Individual. Fee Amount $0. Request for fee to be paid in installments. Filed by TERESARENIT ABUR WELL . (ccc) (Entered: 05/22/2023) |
| 05/22/2023 | 2 (2 pgs) | Meeting of Creditors and Notice of Appointment of Trustee YARNALL, RICK A.. 341 meeting to be held on 6/27/2023 at 09:00 AM at Remote. Chapter 13 Deadline to Object to Debtors Discharge or to Challenge Dischargeability of Certain Debts is 8/28/2023. Proof of Claim due by 7/31/2023. (Entered: 05/22/2023) |
| 05/22/2023 | 3 | Statement of Social Security Number(s). **This document contains sensitive information and cannot be viewed by the public.** Filed by TERESARENIT ABUR WELL (ccc) (Entered: 05/22/2023) |
| 05/22/2023 | 4 (2 pgs) | Application to Pay Filing Fee in Installments with Proposed Order Filed by TERESARENIT ABUR WELL (ccc) (Entered: 05/22/2023) |
| 05/22/2023 | 5 | Set Deficient Filing Deadlines. Incomplete Filings due by 6/5/2023. Verification of Creditor Matrix due by 6/5/2023. Summary of Assets and Liabilities due by 6/5/2023. Schedules A/B-J due by 6/5/2023. Declaration Re: Schedules due by 6/5/2023. Statement of Financial Affairs due by 6/5/2023. Chapter 13 Plan due by 6/5/2023. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 6/5/2023 (ccc) (Entered: 05/22/2023) |
| 05/22/2023 | 6 (2 pgs) | Notice of Incomplete and/or Deficient Filing. (ccc) (Entered: 05/22/2023) |
| 05/23/2023 | | Notice of Debtor's Prior Filing for debtor TERESARENIT ABUR WELL Case Number 09-10040, Chapter 7 filed in Nevada Bankruptcy Court on 01/05/2009 , Standard Discharge on 04/16/2009; Case Number 23-10056, Chapter 7 filed in Nevada Bankruptcy Court on 01/09/2023; Case Number 15-14405, Chapter 7 filed in Nevada Bankruptcy Court on 07/31/2015 , Standard Discharge on 04/20/2016; Case Number 19-11354, Chapter 13 filed in Nevada Bankruptcy Court on 03/11/2019 , Dismissed for Other Reason on 06/17/2019; Case Number 19-13836, Chapter 13 filed in Nevada Bankruptcy Court on 06/17/2019 , Dismissed for failure to pay filing fee on 12/04/2019.(Admin) (Entered: 05/23/2023) |
| 05/23/2023 | 7 (1 pg) | Order Granting Application to Pay Filing Fees in Installments (Related document(s) 4) First Installment Payment due by 05/30/2023. Second Installment Payment due by 07/21/2023. Third Installment Payment due by 08/21/2023. Fourth Installment Payment due by 09/19/2023. (arv) (Entered: 05/23/2023) |
| 05/24/2023 | 8 (3 pgs) | BNC Certificate of Notice (Related document(s)2 Meeting of Creditors Chapter 13 (BNC)) No. of Notices: 3. Notice Date 05/24/2023. (Admin.) (Entered: 05/24/2023) |

| 05/24/2023 | 9<br>(3 pgs) | BNC Certificate of Notice. (Related document(s)6 Incomplete and/or Deficient Filing-Ch 13 (BNC)) No. of Notices: 0. Notice Date 05/24/2023. (Admin.) (Entered: 05/24/2023) |
|---|---|---|
| 05/25/2023 | 10<br>(2 pgs) | BNC Certificate of Notice - pdf (Related document(s)7 Application to Pay Filing Fee in Installments (BNC)) No. of Notices: 0. Notice Date 05/25/2023. (Admin.) (Entered: 05/25/2023) |
| 06/05/2023 | 11<br>(1 pg) | Certificate of Credit Counseling Filed by TERESARENIT ABUR WELL (arv) (Entered: 06/05/2023) |
| 06/05/2023 | 12<br>(6 pgs) | Debtor's Motion To Have First Installment Payment And Documents Required With The Voluntary Petition Or 14 Days From Filings Extended Due To Extuniating Circumstances with Proposed Order Filed by TERESARENIT ABUR WELL (arv) (Entered: 06/05/2023) |
| 06/05/2023 | 13<br>(2 pgs) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc # 12), Granting Application (Related document(s) 12) Incomplete Filings due by 6/20/2023 (arv) (Entered: 06/05/2023) |
| 06/05/2023 | 14<br>(2 pgs) | Clerk Forwarded Document to BNC for Noticing. (Related document(s)13 Order on Motion to Extend Deadline to File Schedules, Order on Miscellaneous Application) (arv) (Entered: 06/05/2023) |
| 06/05/2023 | 15 | Set Deficient Filing Deadlines. Incomplete Filings due by 6/20/2023. Verification of Creditor Matrix due by 6/20/2023. Summary of Assets and Liabilities due by 6/20/2023. Schedules A/B-J due by 6/20/2023. Declaration Re: Schedules due by 6/20/2023. Statement of Financial Affairs due by 6/20/2023. Chapter 13 Plan due by 6/20/2023. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 6/20/2023 (arv) (Entered: 06/05/2023) |
| 06/07/2023 | 16<br>(3 pgs) | BNC Certificate of Notice - pdf (Related document(s)14Document Forwarded to BNC for Noticing (BNC)) No. of Notices: 0. Notice Date 06/07/2023. (Admin.) (Entered: 06/07/2023) |
| 06/13/2023 | 17 | Receipt Number-Installment Payment 244196, FeeAmount $80.00 (admin) (Entered: 06/13/2023) |
| 06/20/2023 | 18<br>(96 pgs; 2 docs) | Individual Schedule[s] A/B, C, D, E/F, G, H, I, J, Declaration Concerning Debtor[s] Schedules, , Statement of Financial Affairs for Individual , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined , Amendment to List of Creditors Filed by TERESARENIT A BURWELL (Related document(s) 15 Set Deficient Filing Deadlines) (arv) Additional attachment(s) added on 6/21/2023 (Youngblood, CL). (Entered: 06/20/2023) |
| 06/20/2023 | 19<br>(1 pg) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by TERESARENIT ABUR WELL (arv) (Entered: 06/20/2023) |
| 06/26/2023 | 20<br>(1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc # 19) (Related document(s)13Order |

| | | |
|---|---|---|
| | | on Motion to Extend Deadline to File Schedules, 15 Set Deficient Filing Deadlines.) (arv) (Entered: 06/26/2023) |
| 06/26/2023 | 21 | Set Deficient Filing Deadlines. Incomplete Filings due by 6/30/2023. Chapter 13 Plan due by 6/30/2023. (arv) (Entered: 06/26/2023) |
| 06/26/2023 | [22](#) (1 pg) | Clerk Forwarded Document to BNC for Noticing. (Related document(s)[20](#) Order on Motion to Extend Deadline to File Schedules) (arv) (Entered: 06/26/2023) |
| 06/28/2023 | 23 | 341 Meeting Continued *hearing will be conducted via video conferencing. Visit www.lasvegas13.com/341.html for more information.* 341(a) meeting to be held on 7/11/2023 at 09:00 AM at Remote. (YARNALL, RICK) (Entered: 06/28/2023) |
| 06/28/2023 | [24](#) (2 pgs) | BNC Certificate of Notice - pdf (Related document(s)[22](#)Document Forwarded to BNC for Noticing (BNC)) No. of Notices: 0. Notice Date 06/28/2023. (Admin.) (Entered: 06/28/2023) |
| 07/11/2023 | 25 | 341 Meeting Continued *hearing will be conducted via video conferencing. Visit www.lasvegas13.com/341.html for more information.* 341(a) meeting to be held on 8/8/2023 at 11:00 AM at Remote. (YARNALL, RICK) (Entered: 07/11/2023) |
| 07/17/2023 | [26](#) (13 pgs) | ExParte Debtor, Teresa Renita Burwell's Emergency Motion To Stay Eviction Pursuant To Bankruptcy Code 11 USC&362 Filed by TERESA RENITABUR WELL (jow) (Entered: 07/17/2023) |
| 07/21/2023 | [27](#) (6 pgs) | Trustee's Motion to Dismiss Case *Pursuant To 11 U.S.C. § 1307(c)(1), (3) And (4)* with Proposed Order with Certificate of Service Filed by DANIEL G RIGGS on behalf of RICK A. YARNALL (RIGGS, DANIEL) (Entered: 07/21/2023) |
| 07/21/2023 | [28](#) (2 pgs) | Notice of Hearing Hearing Date: 08/17/2023 Hearing Time: 2:00 PM Filed by DANIEL G RIGGS on behalf of RICK A. YARNALL(Related document(s)[27](#) Motion to Dismiss Case filed by Trustee RICK A. YARNALL) (RIGGS, DANIEL) (Entered: 07/21/2023) |
| 07/23/2023 | [29](#) (2 pgs) | Notice of Requirement to File Certification About AFinancial Management Course.(admin) (Entered: 07/23/2023) |
| 07/24/2023 | [30](#) (1 pg) | Notice of Docketing Error (Related document(s)[27](#) Motion to Dismiss Case filed by Trustee RICK A. YARNALL, [28](#) Notice of Hearing filed by Trustee RICK A. YARNALL) (jow) (Entered: 07/24/2023) |
| 07/24/2023 | 31 | Hearing Scheduled/Rescheduled.Hearing scheduled 8/17/2023 at 02:00 PM at Remote. (Related document(s)[27](#) Motion to Dismiss Case filed by Trustee RICK A. YARNALL) (jow) (Entered: 07/24/2023) |
| 07/26/2023 | [32](#) (3 pgs) | BNC Certificate of Notice. (Related document(s)[29](#) Notice of Requirement to File Certification of Completion of Instructional Course Concerning Financial Management (BNC)) No. of Notices: 0. Notice Date 07/26/2023. (Admin.) (Entered: 07/26/2023) |
| 07/27/2023 | [33](#) | DENIED (Order) (Related document(s) [26](#)) (arv) (Entered: 07/27/2023) |

| | | |
|---|---|---|
| | (1 pg) | |
| 07/27/2023 | [34](#)<br>(1 pg) | Clerk Forwarded Document to BNC for Noticing. (Related document(s)[33](#) Order on Miscellaneous Application) (arv) (Entered: 07/27/2023) |
| 07/29/2023 | [35](#)<br>(2 pgs) | BNC Certificate of Notice - pdf (Related document(s)[34](#)Document Forwarded to BNC for Noticing (BNC)) No. of Notices: 0. Notice Date 07/29/2023. (Admin.) (Entered: 07/29/2023) |
| 08/01/2023 | [36](#)<br>(5 pgs) | Motion to Dismiss Case *Pursuant to 11 U.S.C. Section 1307 (c)(1), (3), and (4)* with Certificate of Service (YARNALL, RICK) (Entered: 08/01/2023) |
| 08/01/2023 | [37](#)<br>(2 pgs) | Notice of Hearing on Motion to Dismiss Hearing Date: 8/31/2023 Hearing Time: 2:00 PM (Related document(s)[36](#) Motion to Dismiss.)(YARNALL, RICK) (Entered: 08/01/2023) |
| 08/02/2023 | 38 | Hearing Scheduled/Rescheduled.Hearing scheduled 8/31/2023 at 02:00 PM at Remote. (Related document(s)[36](#) Motion to Dismiss) (arv) (Entered: 08/02/2023) |
| 08/08/2023 | 39 | 341 Meeting Off Calendar (YARNALL, RICK) (Entered: 08/08/2023) |
| 08/17/2023 | 40 | **Minute Entry** Re: hearing on 8/17/2023 2:00 PM. Continued. (related document(s): [27](#) Motion to Dismiss Case filed by RICK A. YARNALL) Appearance: DANIEL G RIGGS (Hearing scheduled 08/31/2023 at 02:00 PM at Duty Judge Conference. (cas) (Entered: 08/18/2023) |
| 08/31/2023 | 41 | **Minute Entry** Re: hearing on 08/31/2023 02:00 pm. Hearing Off Calendar (related document(s): [27](#) Motion to Dismiss Case filed by RICK A. YARNALL) (brr) (Entered: 08/31/2023) |
| 09/06/2023 | [42](#)<br>(2 pgs) | Order Granting Motion To Dismiss Case (Related Doc # [36](#)) (arv) (Entered: 09/06/2023) |
| 09/06/2023 | [43](#)<br>(1 pg) | Notice of Dismissal; Notice that all Pending Hearings are Vacated.(admin) (Entered: 09/06/2023) |
| 09/09/2023 | [44](#)<br>(4 pgs) | BNC Certificate of Notice. (Related document(s)[43](#) Notice of Dismissal; Notice That All Pending Hearings Are Vacated (BNC-BK)) No. of Notices: 9. Notice Date 09/09/2023. (Admin.) (Entered: 09/09/2023) |
| 09/20/2023 | [45](#)<br>(13 pgs) | Adversary case 23-01129. Complaint Filed by TERESARENIT A BURWELL vs. SIGNATURE REALEST ATE GROUP, SOUTHERN NEVADA EVICTION SERVICES Fee Amount $350. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))(arv) (Entered: 09/20/2023) |
| 09/26/2023 | [46](#)<br>(3 pgs) | Chapter 13 Standing Trustee's Final Report and Account -Dismissed. Chapter 13 (Dismissed) Closing due 09/27/2023. (YARNALL, RICK) (Entered: 09/26/2023) |
| 09/27/2023 | [47](#)<br>(2 pgs) | Certificate of Service Filed by RICK A. YARNALL on behalf of RICK A. YARNALL (Related document(s)[46](#) Chapter 13 Standing Trustee's Final |

| | | |
|---|---|---|
| | | Report and Account -Dismissed) (YARNALL, RICK) (Entered: 09/27/2023) |
| 11/15/2023 | [48](#)<br>(6 pgs) | Answer to Complaint (Related Doc # []) Filed by MICHAELE. STOBERSKI on behalf of Signature Real Estate Group (STOBERSKI, MICHAEL) (Entered: 11/15/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/21/2023 10:29:28 | | | |
| **PACER Login:** | AlexanderAdrian | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 23-12054-mkn Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |