# EXHIBIT "H"

**DENIED**

**DENIED because there is no evidence of notice being given to the identified landlord. Denial is without prejudice to any other relief being sought on proper notice in the event that the automatic stay has been violated.**



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 27, 2023

---

Teresa Renita Burwell, 9344 Vista Waters Lane, Las Vegas, NV 89178 (702)810-2307, hisgracemyfavor@yahoo.com

1

2            UNITED STATES BANKRUPTCY COURT
              DISTRICT OF NEVADA

3

4    IN RE: Teresa Renita Burwell    )    Chapter 13

5                                    )

6              Debtor,               )    CASE NO: 23-12054-mkn

7    _____  )    ORDER

8

9         After consideration of the debtor, Teresa Renita Burwell's Emergency Motion to Stay

10   Summary Eviction and scheduled lockout, the Court hereby orders the following:

11       1.  That the scheduled lockout be stayed immediately until the creditor, Signature

12           Real Estate Group files the required notices and motions to seek proper relief of

13           the automatic stay that the Bankruptcy Code 11USC&362 outlines.

14       2.  That the Clerk of this Court shall both file this Order and communicate such to

15           the Clark County Constable's Office, at (702) 455-0831 (Sharon)

16   IT IS HEREBY ORDERED,

17           _____DENIED  _____STAY IS GRANTED ON THE CONDITIONS SET

18   FORTH: _____

19   _____

20

21   Dated this ____day of July 2023

22                          _____

23                              YOUR HONOR

24

25

26

27

28