# EXHIBIT "I"

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 06, 2023

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

E-Filed: 9/5/2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

TERESA RENITA BURWELL

Debtor.

Case No.23-12054-mkn
Chapter 13

**ORDER ON TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(1), (3) AND (4)**

Hearing Date: August 31, 2023
Hearing Time: 2:00 p.m.

Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4) having come on for hearing in the above-entitled Court on August 31, 2023, at 2:00 p.m., with counsel appearing on behalf of Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED that Trustee's Motion is GRANTED and the above captioned bankruptcy proceeding is DISMISSED pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4);

IT IS SO ORDERED.

Submitted by:

/s/ Daniel Riggs                    Date: 8/31/2023

Daniel Riggs, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond , as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/                                  Date: 9/1/2023

An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

###