# EXHIBIT "J"

```
 1  RICK A YARNALL
    Chapter 13 Bankruptcy Trustee
 2  Daniel Riggs, Esq.
    Nevada Bar No. 12270
 3  701 Bridger Ave., Ste 820
    Las Vegas, NV 89101
 4  (702) 853-4500
    RAY13mail@lasvegas13.com
 5
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | BK-23-12054-mkn |
|---|---|
| TERESA RENITA BURWELL | Chapter 13 |
| Debtor. | Hearing Date: August 31, 2023<br>Hearing Time: 2:00 p.m. |

**TRUSTEE'S MOTION TO DISMISS CASE
PURSUANT TO 11 U.S.C. § 1307(c)(1), (3) AND (4)**

COMES NOW Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, by and through his counsel of record, Daniel Riggs, Esq., and hereby moves this Honorable Court for an Order dismissing the instant case for unreasonable delay by the debtor that is prejudicial to creditors, failure to timely file a plan and failure to commence payments pursuant to 11 U.S.C § 1307(c)(1), (3) and (4).

11 U.S.C. § 1321 and Fed. R. Bankr. Proc. 3015(b) requires chapter 13 debtors to file a plan within 14 days of filing their petition. Section 1307(c)(3) states that a case may be dismissed for failure to timely file a plan. The Debtor filed the instant case on May 22, 2023. See Docket No. 1. The Debtor was required to file the plan by June 5, 2023. The Debtor still has not filed the plan. Therefore, Trustee requests that the instant case be dismissed.

///

Further, Section § 1326(a)(7) requires debtors to commence making plan payments no later than 30 days after the filing of the plan or the order for relief, which is earlier. Section 1307(c)(4) states that a case may be dismissed for failure to commence making timely payments under § 1326. In this case, the Debtor should have commenced making payments on June 2, 2023. The Debtor has yet to make a payment. As such, Trustee requests that the instant case be dismissed.

Finally, 11 U.S.C. § 1307(c)(1) states that a case may be dismissed for unreasonable delay by the debtor that is prejudicial to creditors. The Debtor's delay in filing a plan, failure to set a confirmation hearing and failure to commence plan payments constitutes an unreasonable delay that is prejudicial to the creditors. The Debtor's creditors are harmed by the delay because the automatic stay is in effect while the Debtor has done nothing to move the case forward. Dismissal is also warranted for Debtor's unreasonable delay in prosecuting this case.

WHEREFORE, the Trustee respectfully requests that this Honorable Court issue an Order dismissing the instant case pursuant to § 1307(c)(1), (3) and (4).

DATED this 1st day of August, 2023.

Submitted by:

Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

[PROPOSED ORDER]

RICK A YARNALL  
Chapter 13 Bankruptcy Trustee  
Daniel Riggs, Esq.  
Nevada Bar No. 12270  
701 Bridger Ave., Ste 820  
Las Vegas, NV 89101  
(702) 853-4500  
RAY13mail@lasvegas13.com

E-Filed: _____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | BK-23-12054-mkn<br>Chapter 13 |
|---|---|
| TERESA R. BURWELL | **ORDER ON TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(1), (3) AND (4)** |
| Debtor. | Hearing Date: August 31, 2023<br>Hearing Time: 2:00 p.m. |

Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4) having come on for hearing in the above-entitled Court on August 31, 2023, at 2:00 p.m., with counsel appearing on behalf of Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

/ / /

/ / /

1     IT IS HEREBY ORDERED that Trustee's Motion is GRANTED and the above captioned

2 bankruptcy proceeding is DISMISSED pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4);

3     IT IS SO ORDERED.

4 Submitted by:

6 _____         Date: _____
Daniel Riggs, Esq.
7 Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

9     In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

    \_\_\_ No party appeared at the hearing or filed an objection to the motion.

    \_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    \_\_\_I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

18 _____         Date: _____
An Employee of Rick A. Yarnall
19 Chapter 13 Bankruptcy Trustee

###

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Trustee; that I am over the age of 18 years; and that on the 1st day of August, 2023, I provided a copy of the **Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4)** and **Notice of Hearing** to each of the following by:

[X] a. **ECF System**:

- **RICK A. YARNALL**  ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

[X] b. **United States mail, postage fully prepaid**:

TERESA R. BURWELL
9344 VISTA WATERS LANE
LAS VEGAS, NV 89178

_____
Employee of
RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE