MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
mstoberski@ocgas.com
T:  (702) 384-4012
F:  (702) 383-0701
Attorneys for Defendant
*Signature Real Estate Group*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>TERESA RENITA BURWELL,<br><br>    Debtor.<br>_____<br><br>TERESA RENITA BURWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>SIGNATURE REAL ESTATE GROUP and SOUTHERN NEVADA EVICTION SERVICES,<br><br>    Defendants. | BK NUMBER: 23-12054-mkn<br>**CHAPTER 13**<br><br>**Adversary Proceeding No. 23-01129-mkn**<br><br><br>**DEFENDANT SIGNATURE REAL ESTATE GROUP'S AMENDED ANSWER TO DEBTOR'S ADVERSARY COMPLAINT FOR EXPEDITED RELIEF DUE TO UNLAWFUL EVICTION IN VIOLATION OF THE AUTOMATIC STAY PURSUANT TO 11 USC 362** |

COMES NOW Defendant SIGNATURE REAL ESTATE GROUP, by and through its attorney of record, MICHAEL E. STOBERSKI, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and for its amended answer to Plaintiff's Complaint on file herein, admits, denies and alleges as follows:

**I - JURISDICTION**

1.    Answering Paragraphs 1, 2, 3, 4 and 5 of Plaintiff's Complaint, this answering

1  Defendant is without sufficient knowledge or information to form a belief as to the truth of the
2  allegations and for that reason, must deny them.

## II - BACKGROUND FACTS

2.  Answering Paragraphs 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39 and 40 of Plaintiff's Complaint, this answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and for that reason, must deny them.

## III - COUNT I

## VIOLATION OF THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE 11 USC&362

3.  Answering Paragraph 41 of Plaintiff's Complaint, Defendant repeats, realleges and incorporates herein by reference, as though fully set forth, its answers to paragraphs 1 through 2.

4.  Answering Paragraphs 41 [sic] and 42 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein.

5.  Answering Paragraph 43 of Plaintiff's Complaint, this answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and for that reason, must deny them.

## IV - DAMAGES

6.  Answering all Paragraphs in this section of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein.

///

///

///

2

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against this answering Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

At all times, this answering Defendant acted in good faith and in a lawful manner towards the Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff has suffered no legal recognizable harm or damage as a result of the alleged acts of this answering Defendant.

### FOURTH AFFIRMATIVE DEFENSE

This answering Defendant alleges that the Plaintiff failed to mitigate her damages.

### FIFTH AFFIRMATIVE DEFENSE

Defendant has performed every legal duty, if any such duty existed, toward Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

To the extent Plaintiff suffers from various personal injuries, they were preexisting injuries.

### SEVENTH AFFIRMATIVE DEFENSE

The damages, which are alleged to have been incurred by the Plaintiff, if any, were the direct result in whole or in part, of the Plaintiff's own intentional, willful and/or negligent acts and deeds.

///

///

### EIGHTH AFFIRMATIVE DEFENSE

The occurrence referred to in the Complaint, and all injuries and damages, if any, resulting therefrom were caused by the acts or omissions of a third party or third parties over whom this answering Defendant had no control.

### NINTH AFFIRMATIVE DEFENSE

That the damage sustained by Plaintiff, if any, was caused by the acts of third persons who were not acting as agents, servants, or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this answering Defendant is not liable in any manner to Plaintiff.

### TENTH AFFIRMATIVE DEFENSE

The Plaintiff has suffered no legal recognizable harm or damage as a result of the alleged acts of this answering Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

The occurrence referred to in the Complaint, and all injuries and damages, if any, resulting therefrom were caused by the acts or omissions of a third party or third parties over whom this answering Defendant had no control.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were proximately caused and contributed to, in whole or in part, by the acts or omissions of the other named defendants; wherefore any fault assigned in this case must be divided between the defendants so that each defendant pays only his, her, or its own share.

### THIRTEENTH AFFIRMATIVE DEFENSE

Pursuant to FRCP 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the

4

filing of Plaintiff's Complaint, and therefore, this answering Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation so warrants.

WHEREFORE, Defendant prays for judgment as follows:

1. That the Plaintiff take nothing by reason of her Complaint on file herein;

2. For all attorneys' fees incurred in the defense of Plaintiff's Complaint;

3. For costs and disbursements incurred herein; and

4. For such other and further relief as the Court may deem proper.

DATED this 30th day of November, 2023.

                    OLSON CANNON GORMLEY & STOBERSKI

                    */s/ Michael E. Stoberski, Esq.*
                    MICHAEL E. STOBERSKI, ESQ.
                    Nevada Bar No: 004762
                    9950 W. Cheyenne Avenue
                    Las Vegas, Nevada 89129
                    Attorneys for Defendant
                    *Signature Real Estate Group*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2023, I sent a true and correct copy of the above and foregoing **DEFENDANT SIGNATURE REAL ESTATE GROUP'S AMENDED ANSWER TO DEBTOR'S ADVERSARY COMPLAINT FOR EXPEDITED RELIEF DUE TO UNLAWFUL EVICTION IN VIOLATION OF THE AUTOMATIC STAY PURSUANT TO 11 USC 362** to the parties listed below via the Bankruptcy Court's e-filing system:

Teresa Renita Burwell
9344 Vista Waters Lane
Las Vegas, NV 89178
Debtor/Plaintiff in *pro per*
**(Not on eservice list so mailed)**

Dylan Hansel, Esq.
501 S. 6th Street
Las Vegas, NV 89101
Attorney for Defendant
Southern Nevada Eviction Services

　　　　　　　　　　*/s/ Lisa Rico*
　　　　An Employee of OLSON CANNON GORMLEY& STOBERSKI