United States Bankruptcy Court
District of Nevada

BURWELL,

    Plaintiff

Adv. Proc. No. 23-01129-mkn

SIGNATURE REAL ESTATE GROUP,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: apbstatc | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DYLAN HANSEL | |
| | on behalf of Defendant SOUTHERN NEVADA EVICTION SERVICES dylanhansel@vegas-evictions.com |
| MICHAEL E. STOBERSKI | |
| | on behalf of Defendant SIGNATURE REAL ESTATE GROUP Michael.Stoberski@wilsonelser.com cmcccullough@ocgas.com;lrico@ocgas.com;szinna@ocgas.com |

TOTAL: 2

NVB 8010 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

TERESA RENITA BURWELL ,

                              Debtor(s)

BK−23−12054−mkn
CHAPTER 13

Adversary Proceeding:              23−01129−mkn

TERESA RENITA BURWELL

                              Plaintiff(s)

vs

SIGNATURE REAL ESTATE GROUP
SOUTHERN NEVADA EVICTION SERVICES

                              Defendant(s)

Appeal Reference Number:           24−05
USDC Number:                       24−cv−00391 JAD

STATUS REPORT
REGARDING RECORD
ON APPEAL

TERESA RENITA BURWELL

                              Appellant(s)

vs

SIGNATURE REAL ESTATE; SOUTHERN NEVADA
EVICTION SERVICES

                              Appellee(s)

To:      U.S. District Court
         Lloyd D. George U.S. Courthouse
         333 Las Vegas Boulevard South
         Las Vegas, NV 89101

         U.S. Trustee

The record on the above−entitled appeal has not been forwarded for the following reason(s):

    *    No Designation of Record Filed
    *    No Statement of Issues Filed
    *    No Notice Regarding Transcripts Filed
    *    No Reporters Transcript Filed

Dated: 9/20/24

*Mary A Schott*

Mary A. Schott
Clerk of Court